# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | 1:09-cr-1062 |
| Carlos Alberto Taylor | § | |

## ORDER GRANTING MOTION TO RECONSIDER BOND

On this 8th day of September, 2009, a hearing on Government's Motion To Reconsider Bond was before the Court. The defendant, his attorney and the Government were present. At the hearing, both the Government and counsel for the defendant presented their evidence.

Upon consideration of said Motion, this Court is of the opinion that is should be **GRANTED.** The bond of $100,000 with 15% deposit is set aside and the defendant will be held without bond pending trial.

**IT IS SO ORDERED.**

DONE at Brownsville, Texas, this 9th day of September, 2009.

Felix Recio
United States Magistrate Judge